**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    v.                            Criminal No. 07-cr-198-01-SM

<u>David Bettoney</u>

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

He stipulated to the violation which was using a computer in the Gilford Public Library.  The Third Party Custodian is no longer willing to act as such.  The violation was blatant since defendant's wife had told him that she would pay bills on line and he nevertheless did it himself.  He also used a computer in the Laconia Public Library.  The violations are only days after bail was set.  I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                        James R. Muirhead
                                        United States Magistrate Judge

Date: October 18, 2007

cc:   Michael J. Iacopino, Esq.
       Helen W. Fitzgibbon, Esq.
       U.S. Marshal
       U.S. Probation